```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 33261
   DAVID MATHEW CUNAT
   MARY BETH CUNAT                             CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-7829    SSN XXX-XX-4380

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/22/2005 and was confirmed 10/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 02/09/2009.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
BEST BUY                     SECURED              .00          .00             .00
ECAST SETTLEMENT CORP        UNSECURED        2620.88          .00         2620.88
INTERNAL REVENUE SERVICE     PRIORITY         9936.24          .00         9936.24
ILLINOIS DEPT OF REVENUE     UNSECURED          25.68          .00           25.68
AMERICAN EXPRESS TRAVEL      UNSECURED       10067.23          .00        10067.23
RESURGENT ACQUISITION LL     UNSECURED         735.25          .00          735.25
RESURGENT ACQUISITION LL     UNSECURED        2066.17          .00         2066.17
BANK OF AMERICA              UNSECURED        5705.46          .00         5705.46
RESURGENT ACQUISITION LL     UNSECURED       16405.44          .00        16405.44
BANK ONE                     UNSECURED        2423.19          .00         2423.19
RESURGENT CAPITAL SERVIC     UNSECURED        4978.93          .00         4978.93
SMC                          UNSECURED        1178.24          .00         1178.24
CHARMING SHOPPES             FILED LATE        187.38          .00             .00
ECAST SETTLEMENT CORP        UNSECURED        8157.98          .00         8157.98
ECAST SETTLEMENT CORP        UNSECURED        4393.70          .00         4393.70
RESURGENT ACQUISITION LL     UNSECURED        6093.60          .00         6093.60
RESURGENT ACQUISITION LL     UNSECURED        2823.50          .00         2823.50
RESURGENT ACQUISITION LL     UNSECURED         446.51          .00          446.51
COMCAST                      UNSECURED      NOT FILED          .00             .00
DIRECT MERCHANTS BANK        UNSECURED      NOT FILED          .00             .00
DISCOVER FINANCIAL SERVI     UNSECURED        3701.87          .00         3701.87
ECAST SETTLEMENT CORP        UNSECURED        4506.27          .00         4506.27
JC PENNY                     UNSECURED      NOT FILED          .00             .00
WORLD FINANCIAL NETWORK      UNSECURED         600.13          .00          600.13
ECAST SETTLEMENT CORP        UNSECURED        1539.11          .00         1539.11
WORLD FINANCIAL NETWORK      UNSECURED         594.63          .00          594.63
AMERICAN EXPRESS TRAVEL      UNSECURED        4233.15          .00         4233.15
MARSHALL FIELDS              UNSECURED        1266.41          .00         1266.41
SEARS                        UNSECURED      NOT FILED          .00             .00
ECAST SETTLEMENT CORP        UNSECURED        5993.22          .00         5993.22
RESURGENT ACQUISITION LL     UNSECURED        5646.60          .00         5646.60
INTERNAL REVENUE SERVICE     UNSECURED         859.73          .00          859.73

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 33261 DAVID MATHEW CUNAT & MARY BETH CUNAT
```

```
PETER FRANCIS GERACI     DEBTOR ATTY     2,700.00                    2,700.00
TOM VAUGHN               TRUSTEE                                     7,305.56
DEBTOR REFUND            REFUND                                      2,434.42
```

Summary of Receipts and Disbursements:

```
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  119,439.10

PRIORITY                                         9,936.24
SECURED                                               .00
UNSECURED                                       97,062.88
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                             7,305.56
DEBTOR REFUND                                    2,434.42
                         ---------------       ---------------
TOTALS                   119,439.10            119,439.10
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
    Dated: 03/10/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```